UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| MELIN T. RODRIGUEZ, | Case No. C17-1627-RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| NORTHWEST TRUSTEE SERVICES, INC., et al., | |
| Defendants. | |

After careful consideration of plaintiff's application to proceed *in forma pauperis* ("IFP"), the governing law and the balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 14th day of November, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1